## ROY F. CHISM v. STATE.

No. A-6887.   Opinion Filed Oct. 5, 1929.
(281 Pac. 1115.)

Wade H. Loofbourrow, for plaintiff in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Harper county with selling intoxicating liquor. He pleaded guilty, and was sentenced to pay a fine of $200 and to serve 30 days in the county jail.

The appeal is by transcript. No briefs have been filed. An examination of the record discloses no reason for reversal.

The case is affirmed.